# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-3597 (TJK) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, *et al.* | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## <u>NOTICE OF FILING PROOF OF SERVICE</u>

American Oversight, through undersigned counsel, respectfully submits the attached Declaration of Service as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants Federal Bureau of Investigation and the United States Department of Justice in the above-captioned matter.

Dated: October 23, 2025                Respectfully submitted,


<u>*/s/ David Kronig*</u>
David Kronig
D.C. Bar No. 1030649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
david.kronig@americanoversight.org

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-3597 (TJK) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, *et al.* | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## DECLARATION OF SERVICE

I, ANNA BRIER, hereby declare as follows:

1.      I am employed as a Paralegal at American Oversight.

2.      On October 7, 2025, American Oversight filed a complaint in the above-captioned matter in the U.S. District Court for the District of Columbia. On October 7, 2025, the Court issued signed summonses for the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants Federal Bureau of Investigation and U.S. Department of Justice.

3.      On October 14, 2025, I served the issued summonses and copies of the complaint and attachments on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants Federal Bureau of Investigation and U.S. Department of Justice.

4.      Service was effected by email, read receipt requested, on the U.S. Attorney for the District of Columbia.

5.      Service was effected by Certified U.S. Mail, First-Class, return-receipt requested on the U.S. Attorney General and Defendants Federal Bureau of Investigation and the U.S. Department of Justice.

6.      According to an email confirmation response from USADC-ServiceCivil@usa.doj.gov, received on October 15, 2025, service of process was effected on the U.S. Attorney for the District of Columbia, c/o Civil Process Clerk, 555 4th Street NW, Washington, DC 20530 on October 14, 2025.

7.      According to USPS Tracking, materials were delivered to the U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530 on October 20, 2025.

8.      According to USPS Tracking, materials were delivered to the Federal Bureau of Investigation, 935 Pennsylvania Avenue NW, Washington, DC 20535 on October 20, 2025.

9.      According to USPS Tracking, materials were delivered to the U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530 on October 20, 2025.

10.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 23, 2025

_____
Anna Brier