**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    Plaintiff,<br><br>        v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>    *et al*.,<br><br>    Defendants. | No. 1:25-cv-3597-TJK |

**NOTICE OF APPEARANCE**

Please take notice that James D. Todd, Jr., Senior Trial Counsel at the U.S. Department of Justice, Civil Division, Federal Programs Branch, will be appearing on behalf Defendants in this matter.

Dated: March 12, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*s/ James D. Todd, Jr.*
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*