UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>   Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>   Defendants. | No. 1:25-cv-3597-TJK |

**AMENDED JOINT STATUS REPORT**

The parties file this joint status report pursuant to this Court's February 23, 2026, Minute Order requiring the parties to meet and confer and file, by March 12, 2026, a joint proposed schedule for briefing or disclosure. *See* Minute Order (Feb. 23, 2026). In response to that order, the parties state as follows:

1. Plaintiff filed its Complaint on October 7, 2025, alleging that Defendants wrongfully withheld non-exempt responsive records, and failed to conduct adequate searches, for a Freedom of Information Act ("FOIA") request dated July 8, 2020. *See generally* Compl., ECF No. 1. Plaintiff's FOIA request seeks certain FBI Form 302s ("302s") reflecting the content of purported interviews of Donald J. Trump related to the Jeffrey Epstein and Ghislaine Maxwell investigations during the 2006 to 2008 time period, as well as "all other records intended to summarize, memorialize, or record witness interviews or witness statements of Donald J. Trump collected or used" in those investigations. *Id.* ¶ 37.

2. Defendants answered Plaintiff's Complaint on February 19, 2026, admitting that on July 23, 2020, FBI responded to the FOIA request with what is commonly known as a *Glomar* response, stating that "the FBI [would] neither confirm nor deny the existence of such

records . . . ." *Id*. ¶ 38; Answer ¶ 38, ECF No. 14.

3. Defendant Federal Bureau of Investigation ("FBI") recently conducted a search for records responsive to Plaintiff's FOIA request.

4. The parties met and conferred on March 10, 2026, during which Defendants informed Plaintiff that there were no records responsive to its FOIA request.

5. The FBI determined that there are no records responsive to Plaintiff's request. Thus, on March 11, 2026, the FBI notified Plaintiff that it had determined it was "unable to identify records subject to the [FOIA] responsive to [Plaintiff's] request."

6. In light of this development, Plaintiff has asked Defendants if it may have additional time to evaluate the FBI's response, and to determine whether briefing will be necessary. Defendants have agreed, and the parties jointly propose that they file another joint status report in 30 days' time.

7. For the foregoing reasons, this Court should allow the parties to file another joint status report in 30 days, or by April 13, 2026.

Dated: March 13, 2026

*/s/ Elizabeth Haddix*
ELIZABETH HADDIX
DAVID KRONIG, D.C. Bar No. 1030649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3915
elizabeth.haddix@americanoversight.org
david.kronig@americanoversight.org

*Counsel for Plaintiff*

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*s/ James D. Todd, Jr.*
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*